MICHAEL J. BETTINGER (STATE BAR NO. 122196)
RACHEL R. DAVIDSON (STATE BAR NO. 215517)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220
mike.bettinger@klgates.com
rachel.davidson@klgates.com

Attorneys for Defendant
EASTMAN KODAK COMPANY

**ORIGINAL**

**E-filing**

FILED
2010 SEP 15 P 3: 29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No. **CV 10 4145 HRL** |
| Plaintiff, | **DEFENDANT EASTMAN KODAK COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |
| v. | |
| EASTMAN KODAK COMPANY, a New Jersey Corporation, | |
| Defendant. | |

**DEFENDANT EASTMAN KODAK COMPANY'S NOTICE OF REMOVAL**
Case No.

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§1332 and 1441(a), Defendant Eastman Kodak Company ("Kodak") removes this action from the Superior Court of the State of California for the County of Santa Clara to the United States District Court for the Northern District of California.

1. On August 25, 2010, Apple Inc., ("Apple") filed a civil action against Kodak in Santa Clara Superior Court, entitled *Apple Inc., v. Eastman Kodak Company,* Case No. 110CV181091.

2. Kodak first received notice of Apple's Complaint on August 26, 2010, when its outside counsel received a courtesy copy of the Complaint from Apple's counsel. Kodak's designated agent for service of process, CT Corporations System, was served with Apple's Complaint on August 30, 2010. A true and correct copy of the summons and the Complaint is attached hereto as Exhibit A.

3. Kodak is a corporation organized under the laws of New Jersey, with its principle place of business located in Rochester, New York. Apple is a corporation organized under the laws of California, with its principle place of business located in Cupertino, California.

4. This Court has original jurisdiction over this action under 28 U.S.C. §1332 because this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Apple's Complaint is properly removed pursuant to 28 U.S.C. §1441(b).

5. Kodak files this Notice of Removal within 30 days after receipt, by service or otherwise, of the summons and Complaint. Removal is therefore timely pursuant to 28 U.S.C. §1446(b).

6. Pursuant to 28 U.S.C. §1441(d), Notice to Adverse Party and to the Superior Court of Santa Clara County of Removal of Action to Federal Court are concurrently being filed with the Superior Court of Santa Clara County, and served on Apple.

**DEFENDANT EASTMAN KODAK COMPANY'S NOTICE OF REMOVAL**

Case No.

| | |
|---|---|
| Dated: September 15, 2010 | K&L GATES LLP<br><br>By: _____<br>Michael J. Bettinger<br>Rachel R. Davidson<br><br>Attorneys for Defendant<br>EASTMAN KODAK COMPANY |

**DEFENDANT EASTMAN KODAK COMPANY'S NOTICE OF REMOVAL**

Case No.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2010, a true and correct copy of the foregoing was caused to be served on counsel by electronic transmission and overnight mail:

**DEFENDANT EASTMAN KODAK COMPANY'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

| **Attorneys for Plaintiff Apple, Inc** |
|---|
| Matthew D. Powers<br>Gregory D. Hull<br>Weil Gotshal & Manges , 201 Redwood Shores Pkwy, Redwood Shores, Ca 94065 |

_____
Perry C. Brooks