Michael J. Bettinger (State Bar No. 122196)
Shane Brun (State Bar No. 179079)
Rachel R. Davidson (State Bar No. 215517)
Mikal J. Condon (State Bar No. 229208)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:   (415) 882-8200
Facsimile:   (415) 882-8220
mike.bettinger@klgates.com
shane.brun@klgates.com
rachel.davidson@klgates.com
mikal.condon@klgates.com

Attorneys for Defendant
EASTMAN KODAK COMPANY

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
11/17/2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation,<br><br>                              Plaintiff,<br><br>   v.<br><br>EASTMAN KODAK COMPANY, a New Jersey Corporation,<br><br>                              Defendant. | Case No. 5:10-CV-04145-JW-PVT<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br><br>Date:  November 15, 2010<br>Time:  9:00 a.m.<br>Courtroom: 8, Fourth Floor<br>Judge:  Hon. James Ware |

**STIPULATION AND [PROPOSED] ORDER**
Case No. 5:10-CV-04145-JW-PVT

WHEREAS, Plaintiff Apple Inc. ("Apple") filed this complaint in California state court against Eastman Kodak Company ("Kodak") on August 25, 2010;

WHEREAS, on September 15, 2010, Kodak removed the case to federal court on diversity grounds;

WHEREAS, on October 8, 2010, the Court issued a notice setting the initial case management conference in this case for November 29, 2010 at 10 a.m.;

WHEREAS, on October 8, 2010, Kodak filed a Motion to Dismiss, Or In The Alternative, Transfer Venue to the Western District of New York, and noticed its motion for November 15;

WHEREAS, on October 12, 2010, the Court continued the hearing on Kodak's Motion to Dismiss, Or In The Alternative, Transfer Venue to the Western District of New York to January 31, 2011, but did not continue the initial case management conference or related deadlines, including the Rule 26(f) conference, the case management conference statement, and the Rule 26(f) initial disclosures, arising from the November 29 conference date;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, pursuant to Civil L.R. 7-12 and 16-2(e), to request that the current case management conference, now scheduled for November 29, 2010, at 10 a.m., be continued, if necessary, to the earliest Court date available after the January 31, 2011 hearing on Kodak's Motion to Dismiss, Or In The Alternative, Transfer Venue to the Western District of New York. The parties additionally request that the due date of the Case Management Conference Statement, the Rule 26(f) conference, and the Rule 26(f) initial disclosures be continued accordingly.

////
////
////
////
////
////
////
////

1
**STIPULATION AND [PROPOSED] ORDER**
Case No. 5:10-CV-04145-JW-PVT

There have been no other extensions of the Case Management Conference hearing date or due date of the Case Management Conference Statement.

Dated: November 12, 2010          **K&L Gates LLP**

By:   /s/_____
Michael J. Bettinger
Shane Brun
Rachel R. Davidson
Mikal J. Condon
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
Eastman Kodak Company

Dated: November 12, 2010

By:   /s/_____
Matthew D. Powers
Steven S. Cherensky
Gregory D. Hull
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Attorneys for Plaintiff
Apple Inc.

I, Mikal J. Condon, attest that concurrence in e-filing this Stipulation and Proposed Order has been obtained from signatories Matthew D. Powers and Gregory D. Hull.

Dated: November 12, 2010          Respectfully submitted,

By: /s/_____
Mikal J. Condon

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION, the Case Management Conference currently scheduled for November 29, 2010 at 10 am is hereby VACATED. The Court will set a new Conference date in its Order addressing the pending motion, if necessary.

IT IS SO ORDERED.

Dated: __November 17__, 2010          _____/s/ James Ware_____

                                                Hon. James Ware, District Court Judge