1  Michael J. Bettinger (State Bar No. 122196)
   Shane Brun (State Bar No. 179079)
2  Rachel R. Davidson (State Bar No. 215517)
   Mikal J. Condon (State Bar No. 229208)
3  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA 94111
   Telephone:  (415) 882-8200
5  Facsimile:   (415) 882-8220
   mike.bettinger@klgates.com
6  shane.brun@klgates.com
   rachel.davidson@klgates.com
7  mikal.condon@klgates.com

8  Attorneys for Defendant
   EASTMAN KODAK COMPANY
9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                              **SAN JOSE DIVISION**

13  APPLE INC., a California Corporation,   ) Case No. 5:10-CV-04145-JW-PSG
                                             )
14                           Plaintiff,      ) **AGREED STIPULATION AND**
                                             ) **[PROPOSED] ORDER PURSUANT TO**
15           v.                              ) **FED. R. CIV. P. 6(b)(1)(A) EXTENDING**
                                             ) **KODAK'S TIME TO FILE ITS REPLY**
16  EASTMAN KODAK COMPANY, a New            ) **IN SUPPORT OF MOTION TO**
    Jersey Corporation,                      ) **DISMISS UNTIL JANUARY 18, 2011**
17                                           )
                             Defendant.      ) Courtroom: 8, Fourth Floor
18                                           ) Judge:  Hon. James Ware
                                             )
19                                           )
                                             )
20                                           )

21

22

23

24

25

26

27

28
   ───────────────────────────────────────────────
   **STIPULATION AND [PROPOSED] ORDER EXTENDING KODAK'S TIME TO FILE ITS REPLY IN
   SUPPORT OF MOTION TO DISMISS UNTIL JANUARY 18, 2011; Case No. 5:10-CV-04145-JW-PGS**

   **ERROR! NO PROPERTY NAME SUPPLIED.**

1 | WHEREAS, on October 8, 2010, Eastman Kodak Company ("Kodak") filed a Motion to Dismiss, Or In The Alternative, Transfer Venue to the Western District of New York, and noticed its motion for November 15;

WHEREAS, on October 12, 2010, the Court continued the hearing on Kodak's Motion to Dismiss, Or In The Alternative, Transfer Venue to the Western District of New York to January 31, 2011;

WHEREAS, on November 15, 2010, Kodak filed an Amended Motion to Dismiss, Or In The Alternative, Transfer Venue to the Western District of New York, And Motion to Stay Discovery, noticed for January 31, 2011;

WHEREAS, Apple timely filed its Opposition papers on January 10, 2011;

WHEREAS, Kodak's Reply and supporting papers are due "at least 14 days before" the January 31, 2011 hearing, Civil L.R. 7-3, which, because January 17, 2011 is a Court holiday, falls on Friday, January 14, 2011;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, pursuant to Fed. R. Civ. P. 6(b)(1)(A), and Civil L.R. 6-2 and 7-12 and 16-2(e), to request that Kodak's time to file its reply is extended to **January 18, 2011**.

Dated:  January 13, 2011         **K&L GATES LLP**

                                 By:    _/s/_Mikal J. Condon_____
                                        Michael J. Bettinger
                                        Shane Brun
                                        Rachel R. Davidson
                                        Mikal J. Condon

                                 Attorneys for Defendant
                                 Eastman Kodak Company

Dated:  January 13, 2011         **WEIL, GOTSHAL & MANGES LLP**

                                 By:    _/s/_Liani G. Kotcher_____
                                        Matthew D. Powers
                                        Steven S. Cherensky
                                        Gregory D. Hull
                                        Liani G. Kotcher

                                 Attorneys for Plaintiff
                                 Apple Inc.

1
**STIPULATION AND [PROPOSED] ORDER EXTENDING KODAK'S TIME TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS UNTIL JANUARY 18, 2011; Case No. 5:10-CV-04145-JW-PGS**

**ERROR! NO PROPERTY NAME SUPPLIED.**

I, Mikal J. Condon, attest that concurrence in e-filing this Stipulation and Proposed Order has been obtained from signatory Liani G. Kotcher.

Dated: January 13, 2011                           Respectfully submitted,

By: */s/ Mikal J. Condon*
Mikal J. Condon

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, the time for Kodak to reply to its Amended Motion to Dismiss or, in the Alternative, Transfer Venue and Motion to Stay is hereby extended to January 18, 2011.

IT IS SO ORDERED.

Dated:  January 14, , 2011                  _____
Hon. James Ware, District Court Chief Judge