MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
STEVEN S. CHERENSKY (Bar No. 168275)
E-Mail: steven.cherensky@weil.com
GREGORY D. HULL (Bar No. 57367)
E-Mail: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge James Ware*
3/31/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> EASTMAN KODAK COMPANY, <br><br> Defendant. | Case No. 5:10-cv-04145 JW-PVT <br><br> **NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE BY PLAINTIFF APPLE INC.** <br><br> Hon. James Ware |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a), and by agreement of the parties, the above-captioned action is hereby voluntarily dismissed without prejudice as between Plaintiff Apple Inc. and Defendant Eastman Kodak Company, each party to bear its own expenses, costs, and attorneys' fees.

Dated: March 30, 2011

WEIL, GOTSHAL & MANGES LLP

By: _____
    Gregory D. Hull

MATTHEW D. POWERS
STEVEN S. CHERENSKY .
GREGORY D. HULL
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

Attorneys for Plaintiff, APPLE INC.

**ORDER**

IT IS SO ORDERED.  The Clerk shall close this file.

Dated: _____March 31_____, 2011

_____
Honorable James Ware
JUDGE OF THE U.S. DISTRICT COURT